# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ADAM WEINBERG,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>COUNTY OF SHELBY; SHELBY  )<br>COUNTY SHERIFF'S OFFICE; SGT.  )<br>ARTHUR STEWARD; DET. CRAIG;  )<br>JOHN DOE #1; JOHN DOE #2; JOHN  )<br>DOE #3; and JOHN DOE #4,  )<br>  )<br>    Defendants.  )  | Case No. 2:17-cv-2474-JPM-dkv |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION TO GRANT MOTION TO STAY AND ADMINISTRATIVELY CLOSE CASE

Before the Court is the Report and Recommendation filed by U.S. Magistrate Judge Diane K. Vescovo on October 6, 2017. (ECF No. 20.) In the Report and Recommendation, the Magistrate Judge recommends that Defendants' Motion to Stay Proceedings and Administratively Close Case Pending Resolution of Criminal Charges Against Plaintiff (ECF No. 12) be granted, that no action be taken in this case and no discovery occur until the resolution of the criminal case, and that the case be administratively closed during the pendency of the stay for statistical purposes. (ECF No. 20 at PageID 113-14.)

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Plaintiff Adam Weinberg has not filed any

objections to the Report and Recommendation, and the time for filing objections expired on October 20, 2017.  See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee note.  On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety. Accordingly, Defendants' Motion to Stay Proceedings and Administratively Close Case Pending Resolution of Criminal Charges Against Plaintiff is GRANTED.  No action shall be taken in this case and no discovery shall occur until the resolution of the criminal case against Plaintiff.  Additionally, this case is administratively closed during the pendency of the stay.

**IT IS SO ORDERED**, this 30th day of October, 2017.

    /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE